UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ED and LINDA CASSIDY, | ) |
| Plaintiffs | ) |
| v. | ) Case No.: 2:13-cv-1271-WY |
| NCO FINANCIAL SYSTEMS, INC. | ) |
| Defendant | ) |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

*/s/ Ross S. Enders*  
Ross S. Enders Esquire  
Attorney ID # 89840  
Sessions, Fishman, Nathan & Israel, L.L.C.  
2303 Oxfordshire Road  
Furlong PA 18925  
Phone: (215) 794-7207  
Facsimile: (215) 794-5079  
Email: rsenders@sessions-law.biz  
Attorney for the Defendant  

Date: October 17, 2013

*/s/ Craig Thor Kimmel*  
Craig Thor Kimmel, Esquire  
Attorney ID # 57100  
Kimmel & Silverman, P.C.  
30 E. Butler Pike  
Ambler PA, 19002  
Phone: (215) 540-8888  
Facsimile: (877) 788-2864  
Email: kimmel@creditlaw.com  
Attorney for Plaintiff  

Date: October 17, 2013

BY THE COURT:

_____
J.